UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**DAVID FLORES,**

    **Plaintiff,**

v().

**ANTIBIOTIC ADJUVANT, INC.,
SMARTSTEWARD, INC., and
GAETANO P. LATORRE,**

    **Defendants.**

_____/

Case No.:
Lower Case No.:  1-2020-CA-1792

## **DEFENDANTS' NOTICE OF REMOVAL**

Defendants, ANTIBIOTIC ADJUVANT, INC. ("ANTIBIOTIC ADJUVANT") and GAETANO P. LATORRE ("LATORRE") (collectively referred to as "Defendants"), by and through their undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby gives notice of the removal of the above-styled action filed by Plaintiff, DAVID FLORES (hereinafter "Plaintiff"), from the Circuit Court of the Eighth Judicial Circuit, in and for Alachua County, Florida, to this Court.  Defendants submit the following short and plain statement of the grounds for removal, in accordance with 28 U.S.C. § 1446(a), which shows that removal is proper in this case:

    1.    On July 6, 2020, Plaintiff filed a Complaint against Defendants in the

Circuit Court of the Eighth Judicial Circuit, in and for Alachua County, Florida. The Clerk of that Court assigned Case Number 1-2020-CA-1792 to this action.

2. Plaintiff served Antibiotic Adjuvant with a Summons and a copy of the Complaint on July 13, 2020. (See Exhibit A).

3. Plaintiff served LaTorre with a Summons and a copy of the Complaint on July 13, 2020. (See Exhibit B).

4. SmartSteward, Inc. has not yet been served with a Summons and a copy of the Complaint.

5. Plaintiff's Complaint purports to set forth two counts against all Defendants for alleged violations of Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, et seq. (Complaint ¶¶ 1, 25 - 32), two counts against Antibiotic Adjuvant for breach of contract (Complaint ¶¶ 1, 33 - 44), and quantum meruit (Complaint ¶¶ 1, 44 - 47), as well as one count against all Defendants for declaratory relief (Complaint ¶¶ 1, 48 - 56).

6. The Court has original jurisdiction over this action over civil actions arising under the Constitution, laws, or treaties of the United States. See 28 U.S.C. § 1331. In this case, the Court has original jurisdiction over this action because Plaintiff alleges violations of under the FLSA. 28 U.S.C. § 1331. Therefore, this action is properly removable under 28 U.S.C. § 1331 and § 1441(a), which allows

for removal of "any civil action brought in a State court of which the district courts of the United States have original jurisdiction."

7. Venue is proper in this Court under 28 U.S.C. § 1391(b), 1441(a), and Local Rule 3.1(B), United States District Court, Northern District of Florida.

8. A complete copy of all pleadings filed in the Circuit Court of the Eighth Judicial Circuit has been filed simultaneously with this Notice of Removal.

9. Defendants have provided written notice of the removal to Plaintiff, and, contemporaneously with this Notice, Defendants are filing the Notice of Filing Notice of Removal in the Circuit Court of the Eighth Judicial Circuit, in and for Alachua County, Florida. A copy of the Notice of Filing Notice of Removal is attached hereto as Exhibit C.

10. All Defendants who have been served consent to and join in the removal of this action.

11. Defendants will respond to the Complaint in this Court in accordance with Rules 8, 12, and 81 of the Federal Rules of Civil Procedure and Local Rule 7.2.

12. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely because it has been filed within thirty (30) days after service of the complaint.

WHEREFORE, Defendants respectfully assert that this action has been properly removed to this Court.

Dated this 3rd day of August, 2020.

        Respectfully submitted,

        *s/ Stephanie M. Marchman*
        STEPHANIE M. MARCHMAN
        Florida Bar No. 854301
        Stephanie.marchman@gray-robinson.com
        GRAYROBINSON, P.A.
        720 S.W. 2nd Avenue, Suite 106
        Gainesville, Florida 32601
        Tel: (352) 376-6400
        Fax: (352) 376-6484

        SACHA DYSON
        Florida Bar No. 509191
        Sacha.dyson@gray-robinson.com
        GRAYROBINSON, P.A.
        401 East Jackson Street, Suite 2700
        Post Office Box 639 (33601)
        Tampa, Florida, 33602
        Tel:  (813) 273-5000
        Fax:  (813) 273-5145

        Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3rd day of August, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CMECF system and will send notice by e-mail and U.S. Mail to the following:

Joseph C. Shoemaker
BOGIN, MUNNS & MUNNS, P.A.
628 S. 14th Street
Leesburg, Florida 34748
jshoemaker@boginmumms.com; bmmservice@boginmunns.com;
thammond@boginmunns.com

Attorney for Plaintiff

*s/ Stephanie M. Marchman*
Attorney